UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Crim No. 23-483 (JHR)

vs.  :  ORDER OF RELEASE

HASANI KINARD  :

IT IS on this 21st day of June, 2023, ORDERED:

That bail be fixed at $ 100,000.00 and the defendant be released upon,

X  executing an unsecured appearance bond.
☐  executing an appearance bond and depositing in cash in the registry of the Court _____ 10% of the bail fixed.
☐  executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.

### ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons in the community,

IT IS further ORDERED that the defendant is placed in the custody of Shynetta Braxton, who agrees to supervise the defendant in accordance with all the conditions of release, to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____

Third Party Custodian

_____
Hon. Joseph H. Rodriguez
Senior United States District Judge

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
, DEPUTY CLERK

IT IS further ORDERED that, in addition to the above, the following conditions are imposed:

1. Report to Pretrial Services as directed.
2. The defendant shall be released into the third-party custody of Shynetta Braxton.
3. Surrender all passport and travel documents to Pretrial Services. Do not apply for new travel documents.
4. Refrain from possessing a firearm, destructive device, or other dangerous weapons. No firearms at the home in which the defendant resides.
5. Substance abuse testing /treatment as deemed necessary by Pretrial Services.
6. Maintain residence as approved Pretrial Services.
7. Comply with state obligations related to pending superior court case.
8. No contact with victims or witnesses or co-defendants unless in the presence of Counsel.
9. Travel restricted to the District of New Jersey, unless otherwise approved.
10. Actively seek and maintain employment as approved by Pretrial Services.

IT IS further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Hon. Joseph H. Rodriguez
Senior United States District Judge

## NOTICE OF PENALTIES APPLICABLE

## TO THE VIOLATION OF CONDITIONS OF RELEASE

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Condition of release include those contained in the Appearance Bond the defendant may be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged, and, in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5000.00 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more than $1000.00 or imprisonment for not more than one year, or both.